# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>APRIL DAWN MAYORA<br><br>*Defendant(s)* | Case No. 3:24-MJ-1045 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 14, 2021__ in the county of __Knox__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 751(a) and 4082 | Escape from custody. |

This criminal complaint is based on these facts:

Please see the Affidavit of Deputy United States Marshal John Sanchez which is attached hereto and fully incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

John Sanchez, Deputy United States Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/15/2024

*Judge's signature*

City and state: Knoxville, TN

Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

CASE NO. 3:24-MJ-1045

## AFFIDAVIT

I, John A. Sanchez, being duly sworn, state the following to be true to the best of my knowledge, information and belief:

1. I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS) and have been since August of 2011. Prior to becoming a DUSM, I was employed for approximately five years as a criminal investigator and drug task force agent with the Tennessee Ninth Judicial District Drug and Violent Crimes Task Force. I currently serve as a member of the USMS Smoky Mountains Fugitive Task Force (SMFTF) in the Knoxville office of the Eastern District of Tennessee. As a Deputy United States Marshal, I am responsible for, among other things, the apprehension of federal fugitives through the conduct of fugitive investigations.

2. On or about February 17, 2023, April Mayorga, a/k/a April Dawn Mateo (MAYORGA), was convicted of the offense of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1) in the Eastern District of Tennessee, case number 3:22-CR-5. MAYORGA was sentenced to 24 months imprisonment in the United States Bureau of Prisons (BOP) followed by one (1) year supervised release.

3. On February 13, 2024, at approximately 0930 hours, MAYORGA was released from the Bureau of Prisons (BOP) Federal Correctional Institution (FCI) Tallahassee, in Florida, with instructions and travel itinerary transferring MAYORGA to the Midway Rehabilitation Center (Midway) located at 1515 East Magnolia Avenue, Knoxville, Tennessee, for the completion of her court-ordered sentence of confinement. MAYORGA failed to arrive at Midway by her predetermined arrival time of 1600 hours on February 13, 2024. On February 14,

1

2024, at approximately 0759 hours, MAYORGA was placed on escape status from Midway after she failed to report to Midway. MAYORGA's whereabouts remain unknown. On February 14, 2024, at approximately 1500 hours, your Affiant learned of MAYORGA's escape by an official Notice of Escaped Federal Prisoner issued by the BOP, due to her failure to report to Midway.

4. Based on the foregoing, I respectfully submit that probable cause exists to believe that on or about February 14, 2024, MAYORGA committed a violation of 18 U.S.C. §§ 751(a) and 4082, Escape from Custody. Accordingly, I respectfully request that this Court issue a warrant for MAYORGA's arrest.

FURTHER, THE AFFIANT SAYETH NOT.

John A. Sanchez
Deputy United States Marshal
United States Marshals Service
Knoxville, Tennessee

Subscribed and sworn to before me this 15th day of February, 2024.

Hon. Debra C. Poplin
United States Magistrate Judge
Eastern District of Tennessee